James M. Nelson (SBN 116442)
Kurt A. Kappes (SBN 146384)
Thomas A. Woods (SBN 210050)
Monica J. Bauman (SBN 269514)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
NelsonJ@gtlaw.com; KappesK@gtlaw.com
WoodsTo@gtlaw.com; BaumanM@gtlaw.com

Attorneys for Defendant
WERNER ENTERPRISES, INC. d/b/a
"C.L. WERNER, INC."

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SIMONA MONTALVO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WERNER ENTERPRISES, INC. d/b/a "C.L. WERNER, INC.," a Nebraska corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. ED CV 11 - 00294 VAP (OPX)<br><br>DECLARATION OF MS. MARY KAYE HOWE IN SUPPORT OF REMOVAL BY DEFENDANT WERNER ENTERPRISES, INC. D/B/A C.L. WERNER, INC., PURSUANT TO 28 U.S.C. §§ 1331, 1332(D), 1446(A), AND 1453(B)<br><br>Complaint Filed: January 18, 2011<br>Trial: None Set |

I, Ms Mary Kaye Howe, declare:

1.  I am the Associate Vice President of Management Information Services ("MIS") for Defendant Werner Enterprises, Inc. (hereinafter "Werner Enterprises"). I have been employed by Werner Enterprises since September 5, 1989. I have served as the Associate Vice President of MIS for Werner Enterprises since February 1, 2008.

2.  In my capacity as Associate Vice President of MIS, I have personal knowledge concerning the Werner Enterprises' data related to drivers hired and who attended employee orientation sessions conducted in Fontana, California, dating from January 19, 2007 through

1

DECLARATION OF MS. HOWE IN SUPPORT OF REMOVAL BY DEFENDANT WERNER ENTERPRISES, INC. D/B/A C.L. WERNER, INC., PURSUANT TO 28 U.S.C. §§ 1331, 1332(D), 1446(A), AND 1453(B)

the present. I have personal knowledge of and am personally familiar with the company records, and the maintenance of the company records related to attendance at each orientation session and how frequently those sessions have been provided over the last four years.

3. In addition to my personal knowledge concerning the issues in the above-captioned case, I have reviewed the Complaint served on Werner Enterprises in the case entitled: *Simona Montalvo, et al. v. Werner Enterprises, et al.*, Superior Court for the State of California, County of San Bernardino, Case No. CIVDS 110712, filed January 18, 2011. I have also reviewed Werner Enterprises' records for data related to attendance at the employee orientation program sessions conducted in Fontana, California from January 19, 2007 through January 19, 2011.

4. Werner Enterprises' driver orientation attendance records for Fontana, California are, and have been, updated at or near the time of commencement of the individual employee orientation sessions, and they are kept in the ordinary course of business, with other records of their type, in the business files of the MIS Department at Werner Enterprises' home office in Omaha, Nebraska. Werner Enterprises' driver orientation records contain, data concerning the commencement dates and locations of employee orientation sessions and the employment status of individuals in attendance at the employee orientation program sessions.

5. Based on my personal knowledge of Werner Enterprises' data related to attendance at employee orientation sessions performed in Fontana, California, from January 19, 2007 through January 19, 2011 -- more than 5,000 Relevant Employees of Werner Enterprises (defined in paragraph 4 of Plaintiffs' Complaint as "new hires who have their orientation in California") attended the employee orientation sessions at issue in the Complaint during the specified time frame in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February 2011 in the city of Omaha, Nebraska.

/s/ _____
Ms. Mary Kaye Howe

2

DECLARATION OF MS. HOWE IN SUPPORT OF REMOVAL BY DEFENDANT WERNER ENTERPRISES, INC. D/B/A C.L. WERNER, INC., PURSUANT TO 28 U.S.C. §§ 1331, 1332(D), 1446(A), AND 1453(B)