James M. Nelson (SBN 116442)
Kurt A. Kappes (SBN 146384)
Thomas A. Woods (SBN 210050)
Monica J. Baumann (SBN 269514)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100, Sacramento, CA 95814
Tel.: (916) 442-1111; Fax: (916) 448-1709
NelsonJ@gtlaw.com; KappesK@gtlaw.com
WoodsTo@gtlaw.com; BaumannM@gtlaw.com

Attorneys for Defendant
WERNER ENTERPRISES, INC. d/b/a
"C.L. WERNER, INC."

Kevin T. Barnes, Esq. (SBN 138477)
Gregg Lander, Esq. (SBN 194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Barnes@kbarnes.com

Joseph Antonelli, Esq. (SBN 137039)
Janelle Carney, Esq. (SBN 201570)
LAW OFFICE OF JOSEPH ANTONELLI
1000 Lakes Drive, Suite 450, West Covina, CA 91790
Tel.: (626) 917-6228 / Fax: (626) 917-7686
JAntonelli@antonellilaw.com

Sahag Majarian II, Esq. (SBN 146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard, Tarzana, CA 91356-4229
Tel.: (818) 609-0807 / Fax: (818) 609-0892
SahagII@aol.com

Attorneys for Plaintiff SIMONA MONTALVO,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONA MONTALVO, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WERNER ENTERPRISES, INC. d/b/a "C.L. WERNER, INC.," a Nebraska corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | CASE NO. ED CV 11-00294 MMM (OPx) <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> Complaint Filed: January 18, 2011 <br> Trial: None Set |

1   The parties entered into a Stipulated Protective Order on April 15, 2011. Pursuant to
2   the Stipulation, the Stipulated Protective Order is GRANTED.
3   **IT IS SO ORDERED.**
4
5   Dated: April 21, 2011

_____
OSWALD PARADA, U.S. MAGISTRATE JUDGE

*MONTALVO, et al. v. WERNER ENTERPRISES, INC., et al.*
U.S.D.C., Central District of California Case No. CV 11-00294 MMM (OPx)

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

☒ **BY ELECTRONIC SERVICE.** I served the above listed document(s) via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Website addressed to:

| | |
|---|---|
| Kevin T. Barnes<br>Gregg Lander<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90036-5664<br>Facsimile (323)549-0101<br>Barnes@kbarnes.com | Attorneys for SIMONA MONTALVO, on behalf of herself and others similarly situated |
| Joseph Antonelli<br>Janelle Carney<br>LAW OFFICE OF JOSEPH ANTONELLI<br>1000 Lakes Drive, Suite 450<br>West Covina, CA 91790-2918<br>Facsimile (626) 917-7686<br>JAntonelli@antonellilaw.com | Attorneys for SIMONA MONTALVO, on behalf of herself and others similarly situated |
| Sahag Majarian II<br>LAW OFFICES OF SAHAG MAJARIAN II<br>18250 Ventura Boulevard<br>Tarzana, CA 91356-4229<br>Facsimile (818) 609-0892<br>SahagII@aol.com | Attorneys for SIMONA MONTALVO, on behalf of herself and others similarly situated |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 15, 2011, at Sacramento, California.

_____
**SHEILA D. BROWN**